| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

FILED

Dec 05 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:25-cr-00415 MAG |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 1361 – Depredation of Government Property |
| ANGELICA GUERRERO,<br>  a/k/a ADRIAN GUERRERO, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

MISDEMEANOR INFORMATION

The United States Attorney charges:

COUNT ONE:      (18 U.S.C. § 1361 – Depredation of Government Property)

On or about the August 20, 2025, in the Northern District of California, the defendant,

ANGELICA GUERRERO,

did willfully injure and commit a depredation against property of the United States and of any department or agency thereof, and any property which had been manufactured and constructed for the United States, and any department or agency thereof, specifically the front driver-side tire of a white Chevrolet van parked on Sutter Street in San Francisco, causing damage in an amount less than $1,000.

MISDEMEANOR INFORMATION           1

All in violation of Section 1361 of Title 18 of the United States Code.

DATED: December 4, 2025

CRAIG H. MISSAKIAN
United States Attorney

/s/
GALEN A. PHILLIPS
Assistant United States Attorney

MISDEMEANOR INFORMATION  2